**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Big Kat Daddys, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba Kat Daddy's** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  5  –  2  8  3  5  4  4  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **463 Fm 1488 Ste 122** | _____ |
| Number    Street | Number    Street |
| _____ | _____ |
| | P.O. Box |
| _____ | _____ |
| **Conroe**        **TX**    **77384** | _____ |
| City        State    ZIP Code | City        State    ZIP Code |
| **MONTGOMERY** | **Location of principal assets, if different from principal place of business** |
| County | |
| | _____ |
| | Number    Street |
| | _____ |
| | _____ |
| | City        State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Big Kat Daddys, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A.  Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes*

____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.    *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Big Kat Daddys, LLC**                                    Case number (if known) _____

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☐ No

    ☒ Yes.  District **Southern District of Texas**    When **01/16/2020**    Case number **20-30274**
                                                          MM / DD / YYYY

           District _____  When _____  Case number _____
                                                          MM / DD / YYYY

           District _____  When _____  Case number _____
                                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.  Debtor _____  Relationship _____

           District _____  When _____
                                                     MM / DD / YYYY

           Case number, if known _____

           Debtor _____  Relationship _____

           District _____  When _____
                                                     MM / DD / YYYY

           Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

    **Why does the property need immediate attention?**    *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                      Number      Street

                                      _____

                                      City                            State      ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

---

Debtor  **Big Kat Daddys, LLC**_____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ | 1-49 | ☐ | 1,000-5,000 | ☐ | 25,001-50,000 |
| ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| ☐ | 200-999 | | | | |

**15. Estimated assets**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| ☑ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

**16. Estimated liabilities**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| ☑ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/10/2021**_____
MM / DD / YYYY

X **/s/ Jayce Thacker**_____
Signature of authorized representative of debtor

**Jayce Thacker**_____
Printed name

**Managing Member**_____
Title

Debtor **Big Kat Daddys, LLC**                                    Case number (if known) _____

18.  **Signature of attorney**        **X** **/s/ Nima Taherian**                          Date **03/10/2021**

                                       Signature of attorney for debtor                    MM / DD / YYYY

                                       **Nima Taherian**
                                       Printed name

                                       **Law Office of Nima Taherian**
                                       Firm name

                                       **701 N. Post Oak Rd. Ste 216**
                                       Number        Street


                                       **Houston**                          **TX**        **77024**
                                       City                                 State         ZIP Code


                                       **(713) 540-3830**                   **nima@ntaherian.com**
                                       Contact phone                        Email address

                                       **24045293**
                                       Bar number                           State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Big Kat Daddys, LLC**                                                      CASE NO

                                                                                                  CHAPTER      **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/10/2021                                          Signature  */s/ Jayce Thacker*
                                                                                   *Jayce Thacker*
                                                                                   *Managing Member*

Date _____                Signature _____

```
ASCAP
PO Box 331608
Nashville, TN 37203


Burt Barr & Associates, L.L.P.
PO Box 223667
Dallas, TX 75222-3667


Cedar Spring Holdings, LLC
314 Sawdust Rd. Ste 202
The Woodlands, TX 77380


Cedar Springs Holdings, LLC
335 Creek Pt
Alpharetta, GA 30004-7557


Coleton Dempsey
c/o Keith M. Fletcher
9821 Katy Freeway, Ste 925
Houston, TX 77024


Funding Metrics, LLC
dba Lendini
3220 Tillman Drive, Ste 200
Bensalem, PA 19020


Gordon Food Services
PO Box 1787
Grand Rapids, MI 49501-1787


Internal Revenue Service
P O Box 21126
Philadelphia PA 19114-1294


Jayce Thacker
14397 Creighton Rd
Conroe, TX 77302
```

```
Marlin Bank
2795 E Cottonwood Pkwy
ste 120
Salt Lake City, UT 84121


Montgomery County Tax Office
400 N. San Jacinto
Conroe, TX 77301-2823



Pawnee Leasing Corporation
c/o Alan R. Scheinthal
4635 Southwest Freeway, Ste 720
Houston, TX 77027


Revel Systems, Inc
575 Market St, Ste 2200
San Francisco, CA 94105



Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy- Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548
```