# Exhibit B

# Jarrod B. Martin
## Subchapter V Trustee

October 1, 2024

BIG KAT DADDYS, LLC  
CASE NO. 21-30895

PAGE | 1

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/10/2021 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET AND UPDATE NOTES REGARDING SAME. | 0.10 | $ 22.50 |
| 09/15/2021 | B160 | LARA A COLEMAN | $ 225.00 | DRAFT INTERIM COMPENSATION MOTION. | 0.80 | $ 180.00 |
| 09/15/2021 | B160 | LARA A COLEMAN | $ 225.00 | DRAFT PROPOSED ORDER FOR INTERIM COMPENSATION MOTION. | 0.20 | $ 45.00 |
| 09/15/2021 | B160 | LARA A COLEMAN | $ 225.00 | EMAILS WITH J. MARTIN REGARDING INTERIM COMPENSATION MOTION. | 0.10 | $ 22.50 |
| 09/15/2021 | B310 | LARA A COLEMAN | $ 225.00 | EMAILS WITH J. MARTIN REGARDING INTERIM COMPENSATION MOTION. | 0.10 | $ 22.50 |
| 09/15/2021 | B310 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF CLAIMS 7 AND 8 IN ANTICIPATION OF CLAIM OBJECTION. | 1.10 | $ 247.50 |
| 09/15/2021 | B310 | LARA A COLEMAN | $ 225.00 | REVIEW ACCOUNTING INFORMATION FROM DEBTOR RELATED TO FUNDING METRICS. | 0.20 | $ 45.00 |
| 09/15/2021 | B310 | LARA A COLEMAN | $ 225.00 | EMAILS WITH DEBTORS COUNSEL AND TELEPHONE CALLS TO DEBTOR (LEFT MESSAGES) IN ANTICIPATION OF CLAIM OBJECTION. | 0.10 | $ 22.50 |
| 09/22/2021 | B310 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL FROM J. THACKER TO DISCUSS OBJECTION TO FUNDING METRICS CLAIM. | 0.10 | $ 22.50 |
| 09/28/2021 | B160 | LARA A COLEMAN | $ 225.00 | REVIEW INTERIM COMPENSATION PROCEDURE ORDER AND DISCUSSION WITH J. MARTIN REGARDING SAME. | 0.10 | $ 22.50 |
| 09/28/2021 | B310 | LARA A COLEMAN | $ 225.00 | DISCUSSION WITH J. MARTIN REGARDING CLAIM OBJECTION STATUS. | 0.10 | $ 22.50 |
| 09/30/2021 | B290 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY BANK RECONCILIATION. | 0.10 | $ 22.50 |
| 09/30/2021 | B320 | LARA A COLEMAN | $ 225.00 | ATTENTION TO CORRESPONDENCE WITH J. MARTIN AND N. TAHERIAN REGARDING PLAN PAYMENTS AND TRUSTEE ADEQUATE PROTECTION; CONFERENCE CALL WITH J. MARTIN REGARDING SAME. | 0.30 | $ 67.50 |
| 10/25/2021 | B110 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY BANK RECONCILIATION. | 0.30 | $ 67.50 |
| 10/26/2021 | B320 | LARA A COLEMAN | $ 225.00 | REVIEW PLAN IN ANTICIPATION OF DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 10/26/2021 | B320 | JARROD B. MARTIN | $ 445.00 | STRATEGIZE REGARDING DISBURSEMENT ISSUES. | 0.20 | $ 89.00 |
| 10/27/2021 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF PLAN RELATED TO DISTRIBUTIONS, ADEQUATE PROTECTION, AND UNSECURED CLAIMS. | 0.60 | $ 135.00 |
| 10/27/2021 | B110 | LARA A COLEMAN | $ 225.00 | EMAILS WITH DEBTOR'S COUNSEL REGARDING ADEQUATE PROTECTION PAYMENTS. | 0.20 | $ 45.00 |
| 10/27/2021 | B110 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL WITH TRUSTEE REGARDING PLAN PAYMENTS AND ISSUES RELATED TO ADEQUATE PROTECTION AND POTENTIAL CLAIM OBJECTION. | 0.20 | $ 45.00 |
| 10/27/2021 | B110 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL WITH N. TAHERIAN REGARDING PLAN DISTRIBUTIONS, FINAL FEE APP, AND ADEQUATE PROTECTION AS WELL AS TABC AUDIT. | 0.20 | $ 45.00 |
| 10/27/2021 | B290 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH TRUSTEE SOLUTIONS REGARDING DISTRIBUTIONS AND REPORTING. | 0.40 | $ 90.00 |
| 10/28/2021 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH R. MCGRAW OF TRUSTESOLUTIONS RELATED TO DISTRIBUTIONS UNDER THE PLAN. | 1.50 | $ 337.50 |
| 10/28/2021 | B320 | LARA A COLEMAN | $ 225.00 | INPUT SCHEDULED CLAIMS INTO DATABASE IN ANTICIPATION OF DISTRIBUTIONS. | 1.60 | $ 360.00 |
| 10/28/2021 | B320 | LARA A COLEMAN | $ 225.00 | PROCESS NOVEMBER DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 10/28/2021 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL AND DISCUSSION WITH J. MARTIN REGARDING CLAIM 1 FOR MONTGOMERY COUNT. | 0.20 | $ 45.00 |
| 10/28/2021 | B310 | JARROD B. MARTIN | $ 445.00 | STRATEGIZE REGARDING CLAIM OBJECTION. | 0.20 | $ 89.00 |
| 10/29/2021 | B320 | LARA A COLEMAN | $ 225.00 | CONTINUE INPUTING SCHEDULED CLAIMS IN ANTICIPATION OF DISTRIBUTIONS UNDER THE PLAN. | 0.40 | $ 90.00 |
| 11/24/2021 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER BANK STATEMENT. | 0.30 | $ 67.50 |
| 11/30/2021 | B320 | JARROD B. MARTIN | $ 445.00 | REVIEW NOTICE OF SUBSTANTIAL CONSUMMATION. | 0.10 | $ 44.50 |
| 11/30/2021 | B320 | LARA A COLEMAN | $ 225.00 | DRAFT NOTICE OF SUBSTANTIAL CONSUMMATION. | 0.40 | $ 90.00 |
| 11/30/2021 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE NOVEMBER PLAN DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 11/30/2021 | B320 | LARA A COLEMAN | $ 225.00 | EMAILS WITH J. MARTIN REGARDING SUBSTANTIAL CONSUMMATION AND PLAN DISTRIBUTIONS. | 0.10 | $ 22.50 |
| 12/02/2021 | B290 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH C. SIMMONS REGARDING POST-CONFIRMATION MONTHLY OPERATING REPORTS. | 0.10 | $ 22.50 |
| 12/02/2021 | B290 | LARA A COLEMAN | $ 225.00 | DISCUSSION WITH J. MARTIN REGARDING MOR REQUIREMENTS AND NEXT STEPS. | 0.10 | $ 22.50 |
| 12/02/2021 | B320 | JARROD B. MARTIN | $ 445.00 | CORRESPONDENCE WITH K. WALSH REGARDING TAXING AUTHORITY PLAN PAYMENTS. | 0.10 | $ 44.50 |
| 12/03/2021 | B160 | LARA A COLEMAN | $ 225.00 | ATTENTION TO FINAL FEE APPLICATION OF DEBTOR'S COUNSEL TO UPDATE PLAN DISTRIBUTIONS RELATED TO SAME. | 0.20 | $ 45.00 |
| 12/06/2021 | B320 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 12/15/2021 | B290 | LARA A COLEMAN | $ 225.00 | RECEIVE BANK STATEMENT AND RECONCILE SAME. | 0.40 | $ 90.00 |
| 01/06/2022 | B110 | LARA A COLEMAN | $ 225.00 | REVIEW WORK IN PROCESS NOTES AND STRATEGIZE REGARDING NEXT STEPS. | 0.10 | $ 22.50 |
| 01/07/2022 | B310 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF N. TAHERIAN FEE APP ORDER AND UPDATE CLAIMS REGARDING SAME. | 0.20 | $ 45.00 |
| 01/07/2022 | B310 | LARA A COLEMAN | $ 225.00 | PROCESS JANUARY DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 01/21/2022 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET FOR NEW ACTIVITY. | 0.10 | $ 22.50 |
| 01/21/2022 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO DEBTOR'S COUNSEL REGARDING FAILURE TO FILE AUGUST MOR, AND POST-CONFIRMATION QUARTERLY REPORTS FOR 3Q AND 4Q 2021. | 0.10 | $ 22.50 |

# Jarrod B. Martin
### Subchapter V Trustee

October 1, 2024

BIG KAT DADDYS, LLC  
CASE NO. 21-30895

PAGE | 2

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/28/2022 | B150 | LARA A COLEMAN | $ 225.00 | ATTENTION TO CORRESPONDENCE WITH J. MARTIN AND K. WALSH REGARDING TEXAS COMPTROLLER PAYMENTS. | 0.10 | $ 22.50 |
| 01/28/2022 | B150 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL WITH K. WALSH REGARDING CONFIRMATION OF TEXAS COMPTROLLER CHECKS CLEARING AND FUTURE PAYMENTS. | 0.20 | $ 45.00 |
| 01/28/2022 | B310 | JARROD B. MARTIN | $ 445.00 | CORRESPONDENCE WITH COMPTROLLER REGARDING CLAIM; CONFERENCE REGARDING SAME. | 0.20 | $ 89.00 |
| 01/31/2022 | B110 | LARA A COLEMAN | $ 225.00 | PROVIDE SUBSTANTIVE CASE STATUS AT TRUSTEE REQUEST. | 0.20 | $ 45.00 |
| 01/31/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE PLAN CHECKING ACCOUNT. | 0.40 | $ 90.00 |
| 02/03/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE DISTRIBUTION WATERFALL FOR CLAIMS IN ACCORDANCE WITH THE PLAN | 3.60 | $ 810.00 |
| 02/09/2022 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH N. TAHERIAN REGARDING PLAN DISTRIBUTIONS AND DISCREPANCY IN MONTH TO START UNSECURED CREDITOR PAYMENTS. | 0.10 | $ 22.50 |
| 02/09/2022 | B290 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH N. TAHERIAN AND J. THACKER REGARDING POTENTIAL CLAIM OBJECTIONS, FAILURE TO FILE OPERATING REPORTS, AND NEED FOR YEAR END FINANCIALS. | 0.40 | $ 90.00 |
| 02/09/2022 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. THACKER REGARDING OPERATING REPORTS AND NEED FOR YEAR END FINANCIALS. | 0.10 | $ 22.50 |
| 02/09/2022 | B290 | LARA A COLEMAN | $ 225.00 | EMAILS WITH A. MCNATT REGARDING OPERATING REPORTS. | 0.20 | $ 45.00 |
| 02/09/2022 | B110 | LARA A COLEMAN | $ 225.00 | PROVIDE SUBSTANTIVE CASE STATUS AT TRUSTEE REQUEST. | 0.30 | $ 67.50 |
| 02/09/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 02/24/2022 | B290 | LARA A COLEMAN | $ 225.00 | ATTENTION TO CORRESPONDENCE FROM DEBTOR'S COUNSEL REGARDING QUARTERLY REPORTING. | 0.10 | $ 22.50 |
| 02/25/2022 | B290 | LARA A COLEMAN | $ 225.00 | RESPOND TO N. TAHERIAN AND A. MCNATT REGARDING POST-CONFIRMATION QUARTERLY REPORTS. | 0.10 | $ 22.50 |
| 02/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH J. MARTIN REGARDING OUTSTANDING CASE ISSUES. | 0.10 | $ 22.50 |
| 03/08/2022 | B290 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 03/08/2022 | B290 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 03/29/2022 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT. | 0.30 | $ 67.50 |
| 03/31/2022 | B290 | LARA A COLEMAN | $ 225.00 | PROVIDE SUBSTANTIVE ANALYSIS RELATING TO POST-CONFIRMATION REPORTING. | 0.20 | $ 45.00 |
| 03/31/2022 | B290 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH J. MARTIN REGARDING POST-CONFIRMATION REPORTING. | 0.10 | $ 22.50 |
| 03/31/2022 | B290 | JARROD B. MARTIN | $ 445.00 | CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING POST CONFIRMATION REPORT. | 0.10 | $ 44.50 |
| 04/19/2022 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT. | 0.30 | $ 67.50 |
| 04/19/2022 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 04/29/2022 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET; UPDATE CORE ACCORDINGLY. | 0.30 | $ 67.50 |
| 05/02/2022 | B290 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 05/05/2022 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL FROM A. MCNATT REGARDING REQUEST FOR POST-CONFIRMATION QUARTERLY REPORTS. | 0.10 | $ 22.50 |
| 05/10/2022 | B290 | LARA A COLEMAN | $ 225.00 | ATTENTION TO CORRESPONDENCE WITH A. MCNATT REGARDING POST-CONFIRMATION QUARTERLY REPORTS. | 0.30 | $ 67.50 |
| 05/16/2022 | B290 | LARA A COLEMAN | $ 225.00 | REVIEW EMAIL FROM A. MCNATT REGARDING 1ST QUARTER 20222 FINANCIALS AND OPERATING REPORT TO REPORT TO TRUSTEE. | 0.30 | $ 67.50 |
| 06/06/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE APRIL BANK STATEMENTS FOR INDEPENDENT AND VERITEX ACCOUNTS (PLAN PAYMENTS AND UNSECURED CREDITOR RESERVE). | 0.60 | $ 135.00 |
| 06/06/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 06/16/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENTS FOR INDEPENDENT AND VERITEX ACCOUNTS (PLAN PAYMENTS AND UNSECURED CREDITOR RESERVE). | 0.40 | $ 90.00 |
| 07/06/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE JULY PLAN DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 07/21/2022 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT AND UNSECURED CREDITOR RESERVE. | 0.40 | $ 90.00 |
| 08/01/2022 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET FOR MONTHLY ACTIVITY AND UPDATE CORE AND TRUSTEE RELATED TO SAME. | 0.20 | $ 45.00 |
| 08/01/2022 | B110 | LARA A COLEMAN | $ 225.00 | EMAIL TO TRUSTEE REGARDING OPEN CASE ISSUES AND NEXT STEPS. | 0.10 | $ 22.50 |
| 08/03/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 08/15/2022 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 08/22/2022 | B110 | LARA A COLEMAN | $ 225.00 | PROVIDE SUBSTANTIVE CASE STATUS AT TRUSTEE REQUEST. | 0.30 | $ 45.00 |
| 08/22/2022 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO DEBTOR'S COUNSEL REGARDING FAILURE TO FILE POST-CONFIRMATION REPORTS FOR Q1 AND Q2 2022. | 0.10 | $ 22.50 |
| 08/22/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE BANK STATEMENT FOR PLAN DISTRIBUTION AND RESERVE ACCOUNTS. | 0.40 | $ 90.00 |
| 08/23/2022 | B290 | LARA A COLEMAN | $ 225.00 | ATTENTION TO EMAIL FROM A. MCNATT REGARDING 2022 COMPLIANCE, INCLUDING POST-CONFIRMATION REPORTS, RECONCILE SHEETS, P&L's AND BANK STATEMENTS. | 0.10 | $ 22.50 |
| 08/23/2022 | B290 | LARA A COLEMAN | $ 225.00 | REVIEW FINANCIALS AND MORS TO PROVIDE UPDATE TO TRUSTEE RELATED TO FINANCIAL CONDITION. | 0.50 | $ 112.50 |

# Jarrod B. Martin
## Subchapter V Trustee

October 1, 2024

Big Kat Daddys, LLC  
Case No. 21-30895

Page | 3

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/30/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 08/30/2022 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH TRUSTEE REGARDING CASE STATUS. | 0.20 | $ 45.00 |
| 09/08/2022 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING UNSECURED CREDITOR RESERVE AND PROPOSED PAYMENTS. | 0.20 | $ 45.00 |
| 09/30/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 09/30/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 09/30/2022 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET RELATED TO POST-CONFIRMATION REPORTS AND PROVIDE UPDATE TO TRUSTEE. | 0.10 | $ 22.50 |
| 10/03/2022 | B110 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING CASE STATUS. | 0.10 | $ 44.50 |
| 10/03/2022 | B110 | LARA A COLEMAN | $ 225.00 | CASE STATUS CONFERENCE WITH TRUSTEE REGARDING OPEN ISSUES. | 0.30 | $ 67.50 |
| 10/03/2022 | B320 | LARA A COLEMAN | $ 225.00 | BEGIN PREPARING UNSECURED CREDITOR ALLOCATION CALCULATIONS. | 0.70 | $ 157.50 |
| 10/04/2022 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH TRUSTEE REGARDING ISSUES RELATED TO THE PLAN AND DISTRIBUTIONS FOR UNSECURED CREDITORS AND CLAIMS BY PAWNEE LEASING AND FUNDING METRICS. | 0.30 | $ 67.50 |
| 10/04/2022 | B320 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL WITH J. THACKER REGARDING PAWNEE LEASING AND PLAN TREATMENT OF SAME. | 0.20 | $ 45.00 |
| 10/04/2022 | B320 | LARA A COLEMAN | $ 225.00 | TELEPHONE CONFERENCE WITH N. TAHERIAN AND J. MARTIN REGARDING PAWNEEE LEASING CLAIM WITHDRAWAL AND FUNDING METRICS OBJECTION. | 0.40 | $ 90.00 |
| 10/04/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY DISTRIBUTION CHECKS. | 0.30 | $ 67.50 |
| 10/05/2022 | B310 | LARA A COLEMAN | $ 225.00 | EMAIL FROM J. THACKER REGARDING PAWNEE LEASING PAYOFF. | 0.10 | $ 22.50 |
| 10/05/2022 | B310 | LARA A COLEMAN | $ 225.00 | DRAFT CLAIM WITHDRAWAL FOR CLAIM 6. | 0.20 | $ 45.00 |
| 10/05/2022 | B310 | LARA A COLEMAN | $ 225.00 | EMAIL TO N. TAHERIAN REGARDING CLAIM WITHDRAWAL FOR CLAIM 6 AND PROOF OF PAYMENT. | 0.10 | $ 22.50 |
| 10/05/2022 | B310 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL FROM N. TAHERIAN REGARDING FUNDING METRICS SECURED PORTION AND LACK OF SECURITY. | 0.10 | $ 22.50 |
| 10/12/2022 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING CASE STATUS AND OPEN ISSUES RELATED TO SAME. | 0.20 | $ 45.00 |
| 10/25/2022 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET RELATED TO QUARTERLY REPORTING COMPLIANCE. | 0.10 | $ 22.50 |
| 10/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SEPTEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 10/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SEPTEMBER BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 11/04/2022 | B160 | LARA A COLEMAN | $ 225.00 | BEGIN REVIEW OF WIP FOR INTERIM POST-PETITION FEE APPLICATION. | 0.40 | $ 90.00 |
| 11/09/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY DISTRIBUTION CHECKS. | 0.30 | $ 67.50 |
| 11/09/2022 | B110 | LARA A COLEMAN | $ 225.00 | EMAIL TO DEBTOR'S COUNSEL, N. TAHERIAN, REGARDING Q3 2022 OPERATING REPORT AND STATUS OF OBJECTION TO CLAIMS/WITHDRAWLS. | 0.10 | $ 22.50 |
| 11/14/2022 | B320 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 11/14/2022 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. MARTIN REGARDING CONCERN RELATED TO FAILURE TO FILE CLAIM OBJECTIONS/WITHDRAWALS AND DISTRIBUTION TO UNSECURED CREDITORS. | 0.10 | $ 22.50 |
| 11/15/2022 | B160 | LARA A COLEMAN | $ 225.00 | REVIEW WIP FOR POST-CONFIRMATION FEE APPLICATION. | 0.50 | $ 112.50 |
| 11/15/2022 | B160 | LARA A COLEMAN | $ 225.00 | BEGIN PREPARATION OF TABLES FOR FEE APPLICATION. | 0.70 | $ 157.50 |
| 11/16/2022 | B160 | LARA A COLEMAN | $ 225.00 | REVIEW AND REVISE WIP IN ANTICIPATION OF INTERIM FEE APPLICATION. | 0.90 | $ 202.50 |
| 11/29/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER UNSECURED RESERVE BANK STATEMENT. | 0.10 | $ 22.50 |
| 11/29/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER PLAN DISTRIBUTION BANK STATEMENT. | 0.20 | $ 45.00 |
| 11/30/2022 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTION CHECKS. | 0.30 | $ 67.50 |
| 12/12/2022 | B320 | LARA A COLEMAN | $ 225.00 | STRATEGIZE REGARDING UNSECURED CREDITOR PAYMENTS UNDER THE PLAN. | 0.20 | $ 45.00 |
| 12/12/2022 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. MARTIN REGARDING OUTSTANDING ISSUES RELATED TO PLAN, UNSECURED CREDITOR PAYMENTS, INCLUDING PAID, BUT UNWITHDRAWN/OBJECTED CLAIM AND OBJECTION TO ADDITIONAL CLAIM. | 0.10 | $ 22.50 |
| 12/14/2022 | B110 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING DISTRIBUTIONS PRIOR TO ISSUANCE. | 0.20 | $ 89.00 |
| 12/16/2022 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING OPEN ISSUES RELATED TO PLAN DISTRIBUTIONS/CLAIM OBJECTIONS AND NEED FOR STATUS CONFERENCE. | 0.20 | $ 45.00 |
| 12/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE NOVEMBER BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 12/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE NOVEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 12/28/2022 | B110 | LARA A COLEMAN | $ 225.00 | EMAIL TO TRUSTEE REGARDING OPEN CASE ISSUES AND NEXT STEPS. | 0.10 | $ 22.50 |
| 01/04/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE JANUARY PLAN DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 01/20/2023 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |

# Jarrod B. Martin
Subchapter V Trustee

October 1, 2024

BIG KAT DADDYS, LLC  
CASE NO. 21-30895

PAGE | 4

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/06/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE DECEMBER BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 02/06/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE DECEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 02/07/2023 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH TRUSTEE REGARDING CASE ISSUES AND NEXT STEPS. | 0.20 | $ 45.00 |
| 02/07/2023 | B310 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING CLAIM OBJECTIONS. | 0.20 | $ 89.00 |
| 02/08/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE FEBRUARY PLAN DISTRIBUTION CHECKS. | 0.30 | $ 67.50 |
| 02/09/2023 | B290 | LARA A COLEMAN | $ 225.00 | REVIEW Q4 POST CONFIRMATION REPORT AND FINANCIALS RELATED TO SAME. | 0.30 | $ 67.50 |
| 02/10/2023 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO A. MCNATT REGARDING ISSUES RELATED TO Q4 REPORTING/POST-CONFIRMATION REPORT AND REQUESTED CORRECTIONS. | 0.20 | $ 45.00 |
| 02/10/2023 | B310 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL FROM N. TAHERIAN, DEBTOR'S COUNSEL, REGARDING CLAIM OBJECTIONS/SATISFACTIONS. | 0.30 | $ 67.50 |
| 02/28/2023 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE JANUARY PLAN DISTRIBUTION ACCOUNT. | 0.20 | $ 45.00 |
| 02/28/2023 | B290 | LARA A COLEMAN | $ 225.00 | RECONCILE JANUARY UNSECURED CREDITOR RESERVE ACCOUNT. | 0.10 | $ 22.50 |
| 03/01/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 03/10/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.40 | $ 90.00 |
| 03/10/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 03/27/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE APRIL PLAN DISTRIBUTIONS. | 0.40 | $ 90.00 |
| 04/05/2023 | B110 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL WITH VERITEX BANK REGARDING BANK ERROR IN MARCH DEPOSIT AND CORRECTION OF SAME. | 0.10 | $ 22.50 |
| 04/26/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.60 | $ 135.00 |
| 04/26/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 04/30/2023 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. MARTIN REGARDING UNSECURED CREDITOR RESERVE/PAYMENT AND ISSUES RELATED TO SAME. | 0.10 | $ 22.50 |
| 05/01/2023 | B320 | JARROD B. MARTIN | $ 445.00 | REVIEW PLAN DISTRIBUTIONS PRIOR TO ISSUANCE. | 0.10 | $ 44.50 |
| 05/01/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 05/01/2023 | B310 | LARA A COLEMAN | $ 225.00 | EMAIL TO N. TAHERIAN REGARDING PAWNEE LEASING CLAIM AND ISSUES RELATED TO UNSECURED CREDITOR DISTRIBUTIONS. | 0.10 | $ 22.50 |
| 05/01/2023 | B310 | LARA A COLEMAN | $ 225.00 | RESPOND TO EMAIL FROM N. TAHERIAN REGARDING SATISFACTION AND POTENTIAL STATUS CONFERENCE WITHOUT RESOLUTION. | 0.10 | $ 22.50 |
| 05/04/2023 | B160 | JARROD B. MARTIN | $ 445.00 | CORRESPONDENCE WITH UST REGARDING REFUND OF UST FEES. | 0.30 | $ 133.50 |
| 05/22/2023 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 05/31/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE APRIL BANK STATEMENTS FOR PLAN AND UNSECURED CREDITOR RESERVE. | 0.40 | $ 90.00 |
| 06/05/2023 | B320 | JARROD B. MARTIN | $ 445.00 | REVIEW PLAN DISTRIBUTIONS PRIOR TO ISSUANCE. | 0.30 | $ 133.50 |
| 06/05/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE JUNE PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 06/05/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE PROPOSED UNSECURED CREDITOR DISTRIBUTION FOR 1/2 OF TOTAL DISTRIBUTIONS. | 2.90 | $ 652.50 |
| 06/12/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE REVISED DISTRIBUTION SCHEDULE. | 0.70 | $ 157.50 |
| 06/12/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE UNSECURED CREDITOR RESERVE DISTRIBUTIONS. | 0.90 | $ 202.50 |
| 06/20/2023 | B310 | LARA A COLEMAN | $ 225.00 | RESPOND TO EMAIL FROM K. WALSH REGARDING CLAIM PAYMENTS FOR TEXAS COMPTROLLER AND CALCULATIONS/BACK-UP FOR SAME. | 0.20 | $ 45.00 |
| 06/22/2023 | B160 | LARA A COLEMAN | $ 225.00 | REVIEW AND REVISE WIP IN ANTICIPATION OF INTERIM FEE APPLICATION. | 0.80 | $ 180.00 |
| 06/23/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.20 | $ 45.00 |
| 06/23/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 06/23/2023 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. MARTIN REGARDING UST'S NON REQUIREMENT OF POST-CONFIRMATION QUARTERLY REPORTS. | 0.10 | $ 22.50 |
| 06/26/2023 | B320 | LARA A COLEMAN | $ 225.00 | CONSIDER RETURN BY UNSECURED CREDITOR OF PAYMENT. | 0.10 | $ 22.50 |
| 07/06/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE JULY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 07/12/2023 | B320 | JARROD B. MARTIN | $ 445.00 | REVIEW DISTRIBUTION CHECKS PRIOR TO ISSUANCE. | 0.10 | $ 44.50 |
| 07/30/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.20 | $ 45.00 |
| 07/30/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |

# Jarrod B. Martin
## Subchapter V Trustee

October 1, 2024

Big Kat Daddys, LLC                                                                                                                             Page | 5
Case No. 21-30895

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/02/2023 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 08/02/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE AUGUST MONTHLY DISTRIBUTION PAYMENTS. | 0.50 | $ 112.50 |
| 08/14/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JULY BANK STATEMENT FOR PLAN DISTRIBUTIONS. | 0.20 | $ 45.00 |
| 08/14/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JULY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 08/22/2023 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING DISTRIBUTIONS. | 0.20 | $ 89.00 |
| 09/07/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.30 | $ 67.50 |
| 09/15/2023 | B320 | JARROD B. MARTIN | $ 445.00 | WORK ON POST CONFIRMATION DISTRIBUTIONS. | 0.20 | $ 89.00 |
| 10/02/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 10/02/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR UNSECURED RESERVE ACCOUNT. | 0.20 | $ 45.00 |
| 10/03/2023 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF PLAN, PAYMENTS, AND PROVIDE SUMMARY TO J. MARTIN. | 0.40 | $ 90.00 |
| 10/04/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 10/05/2023 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH TRUSTEE REGARDING CASE UPDATE REGARDING DISTRIBUTIONS. | 0.10 | $ 22.50 |
| 10/13/2023 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING DISTRIBUTIONS. | 0.10 | $ 44.50 |
| 10/31/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SEPTEMBER BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.70 | $ 157.50 |
| 10/31/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SEPTEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE ACCOUNT. | 0.20 | $ 45.00 |
| 11/01/2023 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE CALL WITH J. MARTIN REGARDING OPEN CASE ISSUES. | 0.10 | $ 22.50 |
| 11/17/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE NOVEMBER PLAN PAYMENTS. | 0.50 | $ 112.50 |
| 11/17/2023 | B160 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH J. MARTIN REGARDING INTERIM POST-CONFIRMATION FEE APPLICATION. | 0.10 | $ 22.50 |
| 11/18/2023 | B160 | LARA A COLEMAN | $ 225.00 | REVIEW AND REVISE WIP FOR INTERIM POST-CONFIRMATION FEE APPLICATION. | 0.50 | $ 112.50 |
| 11/27/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 11/27/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.30 | $ 67.50 |
| 11/27/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE OCTOBER BANK STATEMENT FOR SUB V RETAINER RESERVE. | 0.20 | $ 45.00 |
| 12/14/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE NOVEMBER BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.40 | $ 90.00 |
| 12/14/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE NOVEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 12/14/2023 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE NOVEMBER BANK STATEMENT FOR SUB V RESERVE. | 0.20 | $ 45.00 |
| 12/15/2023 | B110 | LARA A COLEMAN | $ 225.00 | REVIEW PAYMENT HISTORY FROM DEBTOR/EMAIL TO J. MARTIN REGARDING SAME. | 0.20 | $ 45.00 |
| 12/19/2023 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTION PAYMENTS. | 0.50 | $ 112.50 |
| 12/19/2023 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL TO VERITEX REGARDING BANK ERROR IN POSTING DEPOSIT. | 0.10 | $ 22.50 |
| 01/02/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE DECEMBER BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 01/02/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE DECEMBER BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 01/02/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE DECEMBER BANK STATEMENT FOR SUB V RETAINER. | 0.20 | $ 45.00 |
| 01/10/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE JANUARY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 01/10/2024 | B320 | JARROD B. MARTIN | $ 445.00 | REVIEW DISTRIBUTION CHECKS PRIOR TO ISSUANCE. | 0.10 | $ 44.50 |
| 01/17/2024 | B110 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING PLAN DISTRIBUTIONS AND STATUS. | 0.10 | $ 22.50 |
| 01/26/2024 | B160 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH J. MARTIN REGARDING INTERIM FEE APPLICATION. | 0.10 | $ 22.50 |
| 01/31/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE PLAN DISTRIBUTION BANK ACCOUNT STATEMENT. | 0.30 | $ 67.50 |
| 01/31/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE UNSECURED CREDITOR RESERVE BANK ACCOUNT STATEMENT. | 0.20 | $ 45.00 |
| 01/31/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SUB V RESERVE BANK ACCOUNT. | 0.20 | $ 45.00 |
| 02/02/2024 | B110 | LARA A COLEMAN | $ 225.00 | REVIEW ERROR IN BANK STATEMENT RECONCILIATION. | 0.20 | $ 45.00 |
| 02/02/2024 | B110 | LARA A COLEMAN | $ 225.00 | TELEPHONE CALL TO VERITEX BANK REGARDING ERROR IN DEPOSIT AND CREDIT NEEDED TO REVERSE. | 0.30 | $ 67.50 |
| 02/05/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTION PAYMENTS. | 0.50 | $ 112.50 |
| 02/05/2024 | B110 | LARA A COLEMAN | $ 225.00 | RETURN TELEPHONE CALL TO N. TAHERIAN REGARDING CASE. | 0.10 | $ 22.50 |
| 02/06/2024 | B320 | LARA A COLEMAN | $ 225.00 | BRIEF CONFERENCE WITH J. MARTIN REGARDING DISTRIBUTION PAYMENT REISSUANCE FOR NON-NEGOTIATED CHECKS. | 0.10 | $ 22.50 |

# Jarrod B. Martin
## Subchapter V Trustee

October 1, 2024

BIG KAT DADDYS, LLC
CASE NO. 21-30895

PAGE | 6

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/13/2024 | B320 | LARA A COLEMAN | $ 225.00 | RESEARCH REGARDING MARLIN BANK TO REISSUE UNCASHED PLAN DISTRIBUTION PAYMENT. | 0.40 | $ 90.00 |
| 02/13/2024 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING MARLIN BANK CLOSURE. | 0.10 | $ 22.50 |
| 02/13/2024 | B320 | LARA A COLEMAN | $ 225.00 | DRAFT MOTION TO DEPOSIT FUNDS INTO REGISTRY OF COURT OR ALTERNATIVE TO REDISTRIBUTE FUNDS TO UNSECURED CREDITORS. | 0.80 | $ 180.00 |
| 02/13/2024 | B320 | LARA A COLEMAN | $ 225.00 | DRAFT PROPOSED ORDER FOR MOTION TO DEPOSIT FUNDS. | 0.10 | $ 22.50 |
| 02/13/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE EXHIBITS FOR MOTION TO DEPOSIT FUNDS. | 0.20 | $ 45.00 |
| 02/13/2024 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING STATUS OF DISTRIBUTION. | 0.10 | $ 44.50 |
| 02/13/2024 | B110 | JARROD B. MARTIN | $ 445.00 | REVIEW AND REVISE MOTION TO DEPOSIT. | 0.30 | $ 133.50 |
| 02/20/2024 | B320 | LARA A COLEMAN | $ 225.00 | REVISE MOTION TO DEPOSIT FUNDS INTO REGISTRY. | 0.20 | $ 45.00 |
| 02/20/2024 | B320 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH J. MARTIN REGARDING MOTION TO DEPOSIT FUNDS INTO REGISTRY. | 0.10 | $ 22.50 |
| 02/20/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE EXHIBIT FOR MOTION TO DEPOSIT FUNDS INTO REGISTRY. | 0.10 | $ 22.50 |
| 02/20/2024 | B110 | JARROD B. MARTIN | $ 445.00 | FINAL REVIEW OF MOTION TO DEPOSIT. | 0.10 | $ 44.50 |
| 02/28/2024 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING STATUS OF DISTRIBUTIONS FOR BIG KAT. | 0.10 | $ 44.50 |
| 02/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE PLAN DISTRIBUTION BANK ACCOUNT STATEMENT. | 0.30 | $ 67.50 |
| 02/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE UNSECURED CREDITOR RESERVE BANK ACCOUNT STATEMENT. | 0.20 | $ 45.00 |
| 02/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE SUB V RESERVE BANK ACCOUNT. | 0.20 | $ 45.00 |
| 02/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH J. MARTIN REGARDING CASE STATUS AND OPEN ITEMS. | 0.10 | $ 22.50 |
| 03/07/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY CLAIM DISTRIBUTIONS AND TRANSFERS TO RESERVE ACCOUNTS. | 0.50 | $ 112.50 |
| 03/12/2024 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE CASE NOTES/PROVIDE UPDATE TO TRUSTEE. | 0.20 | $ 45.00 |
| 03/18/2024 | B310 | LARA A COLEMAN | $ 225.00 | REVIEW ORDER ON REQUEST TO HAVE BANK DISTRIBUTION DISTRIBUTED TO UNSECURED CREDITORS ON PRO RATA BASIS. | 0.10 | $ 22.50 |
| 03/19/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE TRANSFER OF MARLIN BANK FUNDS TO UNSECURED CREDITOR RESERVE. [LARA CONFIRM TIME IS CORRECT] | 0.10 | $ 22.50 |
| 03/19/2024 | B320 | LARA A COLEMAN | $ 225.00 | WORK ON BI-ANNUAL DISTRIBUTION SCHEDULE FOR UNSECURED CREDITORS. | 1.30 | $ 292.50 |
| 03/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.40 | $ 90.00 |
| 03/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE ACCOUNT. | 0.10 | $ 22.50 |
| 03/28/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE FEBRUARY BANK STATEMENT FOR SUB V RETAINER ACCOUNT. | 0.10 | $ 22.50 |
| 04/03/2024 | B290 | LARA A COLEMAN | $ 225.00 | EMAIL TO J. THACKER AND N. TAHERIAN REGARDING JUDGE NORMAN'S ORDER AND POST CONFIRMATION QUARTERLY REPORTS DESPITE UST WAIVING REQUIREMENT. | 0.10 | $ 22.50 |
| 04/04/2024 | B290 | LARA A COLEMAN | $ 225.00 | RESPOND TO EMAILS FROM A. MCNATT REGARDING QUARTERLY REPORTING. | 0.10 | $ 22.50 |
| 04/05/2024 | B290 | LARA A COLEMAN | $ 225.00 | REVIEW POST-CONFIRMATION QUARTERLY OPERATING REPORTS. | 0.50 | $ 112.50 |
| 04/08/2024 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 04/09/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTIONS. | 0.50 | $ 112.50 |
| 04/10/2024 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING VARIOUS POST-CONFIRMATION DISTRIBUTION MATTERS. | 0.20 | $ 89.00 |
| 04/10/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE UNSECURED CREDITOR 2ND INTERIM DISTRIBUTION WATERFALL. | 0.40 | $ 90.00 |
| 04/10/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE 2ND INTERIM DISTRIBUTION CHECKS FOR UNSECURED CREDITORS. | 0.90 | $ 202.50 |
| 04/15/2024 | B290 | LARA A COLEMAN | $ 225.00 | REVIEW POST-CONFIRMATION OPERATING REPORTS FILED BY DEBTOR IN COMPARISON TO PROJECTIONS. | 0.50 | $ 112.50 |
| 04/15/2024 | B290 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH J. MARTIN REGARDING POST-CONFIRMATION DISPOSABLE INCOME. | 0.10 | $ 22.50 |
| 04/29/2024 | B290 | LARA A COLEMAN | $ 225.00 | CORRESPOND WITH ACCOUNTANT REGARDING MORS FOR Q1 2024. | 0.10 | $ 22.50 |
| 05/01/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.40 | $ 90.00 |
| 05/01/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 05/01/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR SUB V RETAINER RESERVE. | 0.20 | $ 45.00 |
| 05/13/2024 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 05/15/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MONTHLY PLAN DISTRIBUTION PAYMENTS. | 0.50 | $ 112.50 |
| 05/21/2024 | B110 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF DOCKET RELATED TO QUARTERLY REPORTING AND REVIEW OF CURRENT PLAN STATUS. | 0.30 | $ 67.50 |
| 05/21/2024 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING PLAN STATUS AND PAYMENTS. | 0.10 | $ 22.50 |
| 05/21/2024 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING STATUS OF PLAN. | 0.20 | $ 89.00 |
| 05/24/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 05/24/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 05/24/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MARCH BANK STATEMENT FOR SUB V RETAINER RESERVE. | 0.20 | $ 45.00 |

# Jarrod B. Martin
## Subchapter V Trustee

October 1, 2024

BIG KAT DADDYS, LLC  
CASE NO. 21-30895

PAGE | 7

| Date | B-Code | Timekeeper | Hourly Rate | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/03/2024 | B320 | LARA A COLEMAN | $ 225.00 | BOOK WIRE RECEIVED FROM DEBTOR TO UPDATE RECORDS. | 0.20 | $ 45.00 |
| 06/12/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 06/12/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 06/12/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE MAY BANK STATEMENT FOR SUB V RETAINER RESERVE. | 0.20 | $ 45.00 |
| 06/12/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE MAY PLAN DISTRIBUTION PAYMENTS. | 0.40 | $ 90.00 |
| 07/11/2024 | B320 | LARA A COLEMAN | $ 225.00 | EMAIL TO N. TAHERIAN AND J. THACKER REGARDING JULY PLAN PAYMENT AND ISSUES RELATED TO SAME. | 0.10 | $ 22.50 |
| 07/15/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 07/15/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 07/15/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JUNE BANK STATEMENT FOR SUB V TRUSTEE RESERVE. | 0.20 | $ 45.00 |
| 07/22/2024 | B320 | LARA A COLEMAN | $ 225.00 | FOLLOW-UP EMAIL TO J. THACKER AND N. TAHERIAN REGARDING JULY PLAN PAYMENT. | 0.10 | $ 22.50 |
| 07/22/2024 | B320 | LARA A COLEMAN | $ 225.00 | PREPARE CASE STATUS REPORT FOR TRUSTEE. | 0.20 | $ 45.00 |
| 07/22/2024 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH TRUSTEE REGARDING CASE ISSUES/FAILURE TO MAKE PLAN PAYMENT. | 0.10 | $ 22.50 |
| 07/22/2024 | B290 | LARA A COLEMAN | $ 225.00 | ANALYSIS OF SECOND QUARTER 2024 POST-CONFIRMATION REPORT. | 0.20 | $ 45.00 |
| 08/12/2024 | B110 | LARA A COLEMAN | $ 225.00 | UPDATE BOOKS AND RECORDS RELATED TO MONTHLY PLAN PAYMENT FROM DEBTOR. | 0.20 | $ 45.00 |
| 08/14/2024 | B110 | LARA A COLEMAN | $ 225.00 | PREPARE CASE UPDATE AT TRUSTEE REQUEST. | 0.20 | $ 45.00 |
| 08/14/2024 | B320 | JARROD B. MARTIN | $ 445.00 | CONFERENCE REGARDING POST-CONFIRMATION ISSUES. | 0.10 | $ 44.50 |
| 08/15/2024 | B110 | LARA A COLEMAN | $ 225.00 | EMAIL TO TRUSTEE REGARDING CASE STATUS. | 0.10 | $ 22.50 |
| 08/17/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JULY BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 08/17/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JULY BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 08/17/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE JULY BANK STATEMENT FOR SUB V TRUSTEE RESERVE. | 0.20 | $ 45.00 |
| 08/30/2024 | B110 | LARA A COLEMAN | $ 225.00 | PREPARE CASE UPDATE AT TRUSTEE REQUEST. | 0.20 | $ 45.00 |
| 09/03/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 09/03/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.20 | $ 45.00 |
| 09/03/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE AUGUST BANK STATEMENT FOR SUB V TRUSTEE RESERVE. | 0.20 | $ 45.00 |
| 09/08/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE BANK STATEMENT FOR PLAN DISTRIBUTION ACCOUNT. | 0.30 | $ 67.50 |
| 09/08/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE BANK STATEMENT FOR UNSECURED CREDITOR RESERVE. | 0.30 | $ 67.50 |
| 09/08/2024 | B110 | LARA A COLEMAN | $ 225.00 | RECONCILE BANK STATEMENT FOR SUB V RETAINER. | 0.20 | $ 45.00 |
| 09/24/2024 | B320 | LARA A COLEMAN | $ 225.00 | CONFERENCE WITH J. MARTIN REGARDING OPEN ISSUES RELATED TO PLAN PAYMENTS. | 0.10 | $ 22.50 |

## TIMEKEEPER SUMMARY

| Timekeeper | Initials | Rate/Hour | Hours | Total |
|---|---|---|---|---|
| Jarrod B. Martin | JBM | $ 445.00 | 3.90 | $ 1,735.50 |
| Lara A. Coleman | LAC2 | $ 225.00 | 77.40 | $ 17,415.00 |
| | | TOTAL: | 81.30 | $ 19,150.50 |

**AVERAGE HOURLY RATE:**   $ 235.55

## COSTS

| | |
|---|---|
| CertificateofService.com | $ 397.56 |
| Delivery | $ 75.37 |
| **TOTAL COSTS:** | **$ 472.93** |

## BILLING SUMMARY

| | |
|---|---|
| **Total Fees** | $ 19,150.50 |
| **Total Costs** | $ 472.93 |
| **Total Balance Due** | **$ 19,623.43** |